UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FORWARD FINANCING LLC, | ) |
| *Plaintiff*, | ) |
| v. | ) C.A. No.: 16-10981 |
| ARTHUR SHUSTER, INC. d/b/a ARTHUR SHUSTER INTERIORS, STANFORD SHUSTER and MAUREEN SHUSTER, | ) |
| *Defendants*. | ) |

# COMPLAINT

Plaintiff Forward Financing LLC is a secured party, bringing this action against Defendants Arthur Shuster, Inc., Stanford Shuster and Maureen Shuster (collectively, the "Shuster Defendants") for misrepresentation. Specifically, Plaintiff states and alleges as follows:

## PARTIES

1. Plaintiff is a Delaware corporation with its principal place of business at 36 Bromfield Street, Suite 210, Boston, Massachusetts 02108. Plaintiff is the successor in interest to 2Dollar Capital LLC. All of Plaintiff's members presently reside in the Commonwealth.

2. Defendant Arthur Shuster, Inc. is a Minnesota corporation with its principal place of business at 2611 Hamline Avenue North, Suite 150, St. Paul, Minnesota 55113.

3.	Defendants Stanford Shuster and Maureen Shuster are principals of Arthur Shuster, Inc.  Upon information and belief, Stanford Shuster and Maureen Shuster live at 772 La Canada Street, La Jolla, California 92037 in a residence that has been transferred from their individual names to a trust.

## FACTS

4.	On May 13, 2015 Defendants Stanford Shuster and Maureen Shuster signed an agreement to secure the payment of the sum of $100,000.00.

5.	In exchange for the $100,000.00 Plaintiff was granted a security interest Defendant Arthur Shuster, Inc.'s future receipts.

6.	Pursuant to the terms of the security agreement, the Shuster Defendants are obligated to pay Plaintiff fifteen percent (15%) of future receipts until a total of $141,000.00 is collected by Plaintiff.

7.	Defendants made regular payments between May 14, 2015 and June 23, 2015.  Defendants however have not made any payments since June 23, 2015, violating the terms and conditions of the agreement.

8.	The Shuster Defendants continue to own and operate a seemingly successful national interior design company.

9.	By reason of Defendants' default however, and in accordance with the terms of the agreement, Plaintiff is owed damages.

10.	 As of the date of this filing, Defendants owe Plaintiff the sum of $111,185.00, plus any lawful statutory interest and costs.

11.	Pursuant to the terms of the agreement, Defendants also are liable to Plaintiff for reasonable attorneys' fees and expenses of collection.

## COUNT I
### (Fraud / Misrepresentation)

12. Plaintiff incorporates paragraphs 1 through 11 as if fully set forth herein.

13. The Shuster Defendants intentionally misrepresented to Plaintiff that they would honor the agreement and repay Plaintiff pursuant to the security agreement.

14. The Shuster Defendants however had no intention whatsoever to repay Plaintiff and in fact stopped paying Plaintiff only five (5) weeks after receiving Plaintiff's money.

15. Moreover, since obtaining Plaintiff's funds, Defendants Stanford and Maureen Shuster have transferred certain personal assets into trust or to other individuals.

16. Plaintiff relied upon the representations of the Shuster Defendants to Plaintiff's detriment.

17. The Shuster Defendants' misrepresentations caused the Plaintiff monetary damages.

**WHEREFORE**, Plaintiff demands judgment against the Shuster Defendants in the sum of $111,185.00, plus attorneys' fees and any lawful statutory interest and costs.

>   Plaintiff,
>   By its attorneys,
>
>   /s/ Adam J. Combies
>   _____
>   Adam J. Combies, BBO#667150
>   COMBIES HANSON
>   137 Lewis Wharf
>   Boston, MA 02110
>   T:  617.556.9964
>   F:  617.556.9965
>   acombies@combieshanson.com